**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| GLORIA ARTHUR, on behalf of herself and all others similarly situated | CIVIL ACTION |
| Plaintiffs, | Case No. _____ |
| v. | JURY TRIAL REQUESTED |
| THE STANDARD FIRE INSURANCE COMPANY and; THE TRAVELERS INDEMNITY COMPANY | CLASS ACTION |
| Defendants. | |

**NOTICE OF COLLATERAL PROCEEDINGS**

NOW INTO COURT, through undersigned counsel, comes the Plaintiff Gloria Arthur, individually and on behalf of all others similarly situated, who identifies the following actions as being related cases and/or containing similar factual or legal allegations:

(1) *Chehardy v. State Farm Fire and Casualty Company*, Civ. A. Nos. 06-1672, 06-1673, and 06-1674, Sec. "K"(2) (a part of *In re Katrina Canal Breaches Consolidated Litigation*, Civ. A. No. 05-4182, Sec. "K"(2)) (dismissed, but timely notice of appeal filed);

(2) *State of Louisiana v. AAA Insurance, et al*, Civ. A. No. 07-5528, Sec. "J"(2) (*The Road Home* action); and

(3) *Mornay v. Travelers Insurance Company, et al*, Civ. A. No. 07-5274, Sec. "J"(2) (action involving similarly alleged bad-faith adjusting practices).

The Plaintiff submits the above-referenced list of actions pursuant to Local Rule 3.1.1, so that the Court may be apprised of the relationship between this action and previously filed action in the Eastern District.

Respectfully submitted this __13th__ day of __November__, 2009.

PLAINTIFFS' LAW FIRMS

By:   ___/s/  Calvin C. Fayard, Jr._____
Calvin C. Fayard, Jr. La. Bar Roll #5486
Wanda J. Edwards, La. Bar Roll #27448
**FAYARD AND HONEYCUTT, APLC**
519 Florida Avenue, SW
Denham Springs, LA 70726
Phone: (225) 664-4193
Facsimile: (225) 664-6925
Email:  calvinfayard@fayardlaw.com
Email:  wandaedwards@fayardlaw.com

AND

Joseph M. Bruno, La. Bar Roll #3604
**THE LAW OFFICE OF
JOSEPH M. BRUNO APLC**
855 Baronne Street
New Orleans, LA 70113
Phone:  (504) 561-6776
Email:  jbruno@jbrunolaw.com

AND

Frank C. Dudenhefer, Jr., La. Bar Roll #5117
**THE DUDENHEFER LAW FIRM, LLC**
601 Poydras Street, Suite 2655
New Orleans, LA 70130
Phone: 504-525-2553
Facsimile: 504-523-2508
Email: FCDLaw@aol.com

AND

N. Frank Elliot III, La. Bar Roll #23054
**N. FRANK ELLIOT III, L.L.C**
**(As a member of Ranier, Gayle & Elliot, LLC)**
Post Office Box 3065
Lake Charles, LA 70602
Phone: 337-309-6999
Facsimile: 337-439-2545
Email: frank@nfelaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2009, I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record in the captioned matter.

/s/ Calvin C. Fayard, Jr.
CALVIN C. FAYARD, JR.