```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

GLORIA ARTHUR                              CIVIL ACTION

VERSUS                                     NO: 09-7332

THE STANDARD FIRE INSURANCE                SECTION: J(2)
COMPANY AND THE TRAVELERS
INDEMNITY COMPANY
```

**ORDER**

Considering the foregoing **Joint Motion and Incorporated Memorandum for Additional Time to Provide Supplemental Notice in Accordance with Preliminary Approval Order and to Continue Fairness Hearing (Rec. Doc. 36)** jointly filed by Gloria Arthur, The Standard Fire Insurance Company, and The Travelers Indemnity Company;

**IT IS HEREBY ORDERED** that the motion is GRANTED.

**IT IS HEREBY FURTHER ORDERED:**

1. The Standard Fire Insurance Company and The Travelers Indemnity Company shall provide a supplemental list of names and addresses of any additional Settlement Class members it may have located as discussed in further detail in the instant motion to the Notice Administrator by **December 3, 2010.**

2. The Notice Administrator shall mail Notice to these additional Settlement Class members in the form of the detailed Settlement Class Notice attached as Exhibit B to the Preliminary Approval and Notice Order by **December 13, 2010.**

3. The Notice shall advise these additional Settlement

Class members that if they wish to object to or opt out of the Settlement, they must do so by **January 18, 2011.**

    4.   The Final Approval hearing will be continued to **March 23, 2011, at 9:30 a.m.**

    New Orleans, Louisiana, this  15th  day of  November , 2010.

                                                      _____
                                                      CARL J. BARBIER
                                                      UNITED STATES DISTRICT JUDGE