## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **GLORIA ARTHUR, on behalf of herself and all others similarly situated**<br><br>　　　　　　　　**Plaintiffs,**<br><br>**VERSUS**<br><br>**THE STANDARD FIRE INSURANCE COMPANY and; THE TRAVELERS INDEMNITY COMPANY**<br><br>　　　　　　　　**Defendants.** | **CIVIL ACTION NO. 09-07332**<br><br>**SECTION "J", MAG. "2"**<br><br>**JUDGE BARBIER**<br><br>**MAG. JUDGE WILKINSON**<br><br>**CLASS ACTION** |

## ORDER

Considering the Unopposed Motion for Attorneys Fees and Expenses and Class Representative Enhancement filed by the Court-appointed Settlement Class Counsel **(Rec. Doc. 68)** and the Amended Settlement Agreement (Rec. Doc. 59-2),

**IT IS HEREBY ORDERED** that the Court approves the right of Settlement Class Counsel to seek an award of attorney fees and expenses, and an enhanced award to Settlement Class Representative, not to exceed $425,000.00, and to be paid separately by Travelers, as provided in the Section II(9) of the Amended Settlement Agreement (Rec. Doc. 59-2).

**IT IS FURTHER ORDERED** that Settlement Class Counsel will file a motion for final determination and distribution of fees, expenses and an enhanced award within thirty (30) days of the effective date of the final approval of the Amended Settlement Agreement.

New Orleans, Louisiana, this 9th day of August, 2013.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE